# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE: : NO. 184
:
APPOINTMENT TO THE : DISCIPLINARY RULES
PENNSYLVANIA INTEREST ON :
LAWYERS TRUST ACCOUNT BOARD : DOCKET

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of September, 2019, Kay Kyungsun Yu, Esquire, Philadelphia, is hereby appointed as a member of the Pennsylvania Interest on Lawyers Trust Account Board for a term of three years, commencing November 1, 2019.